IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 10-32 (NLH) (AMD) CONSOLIDATED |
| IMPAX LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs Daiichi Sankyo, Inc. and Genzyme Corporation's First Set of Requests for Admission to Watson*; (2) *Plaintiffs' Second Set of Interrogatories to Watson (Nos. 4-15)*; (3) *Plaintiffs Daiichi Sankyo, Inc. and Genzyme Corporation's First Set of Requests for Admission to Lupin*; and (4) *Plaintiffs' Third Set of Interrogatories to Lupin (Nos. 4-15)*, were caused to be served on August 26, 2011, upon the following in the manner indicated:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

VIA ELECTRONIC MAIL
and HAND DELIVERY

William A. Rakoczy, Esquire
Paul J. Molino, Esquire
Deanne M. Mazzocki, Esquire
Tara Raghavan, Esquire
RAKOCZY MOLINE MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60654
*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

VIA ELECTRONIC MAIL

Frederick L. Cottrell, III, Esquire  VIA ELECTRONIC MAIL
Steven J. Fineman, Esquire  and HAND DELIVERY
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Watson Pharmaceuticals, Inc.,*
*Watson Pharma, Inc. and Watson*
*Laboratories, Inc. (NV)*

John L. North, Esquire  VIA ELECTRONIC MAIL
Jeffrey J. Toney, Esquire
Darcy L. Jones, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1360 Peachtree Street, N.E.
Suite 1150
Atlanta, GA  30309
*Attorneys for Watson Pharmaceuticals, Inc.,*
*Watson Pharma, Inc. and Watson*
*Laboratories, Inc. (NV)*

Norman E.B. Minnear, Esquire  VIA ELECTRONIC MAIL
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
*Attorneys for Watson Pharmaceuticals, Inc.,*
*Watson Pharma, Inc. and Watson*
*Laboratories, Inc. (NV)*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
  *Attorneys for Plaintiffs Daiichi Sankyo, Inc.*
  *and Genzyme Corporation*

OF COUNSEL:

Joseph M. O'Malley, Jr.
Bruce M. Wexler
Preston K. Ratliff II
PAUL HASTINGS LLP
75 East 55th Street
New York, NY  10022
(212) 318-6000

*Attorneys for Plaintiff Daiichi Sankyo, Inc.*

Scott K. Reed
Filko Prugo
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100

*Attorneys for Plaintiff Genzyme Corporation*

August 26, 2011
3385148

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2011, copies of the foregoing were caused to be served upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzocki, Esquire<br>Tara Raghavan, Esquire<br>RAKOCZY MOLINE MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL  60654<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Watson Pharmaceuticals, Inc., Watson Pharma, Inc. and Watson Laboratories, Inc. (NV)* | *VIA ELECTRONIC MAI<br>and HAND DELIVERY L* |
| John L. North, Esquire<br>Jeffrey J. Toney, Esquire<br>Darcy L. Jones, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1360 Peachtree Street, N.E.<br>Suite 1150<br>Atlanta, GA  30309<br>*Attorneys for Watson Pharmaceuticals, Inc., Watson Pharma, Inc. and Watson Laboratories, Inc. (NV)* | *VIA ELECTRONIC MAIL* |

2

Norman E.B. Minnear, Esquire  VIA ELECTRONIC MAIL
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
*Attorneys for Watson Pharmaceuticals, Inc.,*
*Watson Pharma, Inc. and Watson*
*Laboratories, Inc. (NV)*

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)