## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAIICHI SANKYO, INC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-32 (NLH) (AMD) |
| | ) | CONSOLIDATED |
| IMPAX LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## <u>NOTICE OF DEPOSITION OF ROBERT SACCHIERO</u>

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Lupin Limited, and Lupin Pharmaceuticals, Inc. (collectively "Lupin") and Watson Pharmaceuticals, Inc., Watson Laboratories, Inc. (NV), and Watson Pharma, Inc. (collectively "Watson"), through their undersigned counsel, will take the deposition by oral examination of Robert Sacchiero in his individual capacity.

The deposition will commence on Wednesday, September 14, 2011 at 9:00 a.m. and will take place at the offices of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019, or at such other time and place as may be agreed to by counsel. The deposition will be taken before an officer authorized by the laws of the United States to administer oaths and will be recorded by stenographic and videographic means. The deposition will continue until completed, with adjournments as to time and place as may be necessary. Some or all of the deposition testimony may be videotaped and may involve real-time computer connection between the deposition taker and court reporter using software such as "LiveNote."

/s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

OF COUNSEL:
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Tara M. Raghavan
RACKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60654
(312) 222-6301

*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*


Date: August 26, 2011

/s/ Steven J. Fineman
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
Attorneys for Defendants Watson
Pharmaceuticals, Inc., Watson Laboratories,
Inc., and Watson Pharma, Inc.

OF COUNSEL:

John L. North
Jeffrey J. Toney
Darcy L. Jones
Jonathan D. Olinger
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, GA 30309

Norman E.B. Minnear
David J. Galluzzo
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019

Dated:  August 26, 2011

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2011, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served by electronic mail:

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951

I hereby certify that on August 26, 2011, I have sent by electronic mail, the foregoing document to the following non-registered participants:

Joseph M. O'Malley, Jr., Esquire
Bruce M. Wexler, Esquire
Preston K. Ratliff II, Esquire
Isaac S. Ashkenazi, Esquire
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022

Scott K. Reed, Esquire
Filko Prugo, Esquire
Donald J. Curry, Esquire
Brian D. O'Reilly, Esquire
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104

_____ /s/ Steven J. Fineman_____
Steven J. Fineman (#4025)
Fineman@rlf.com