IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 10-32 (NLH) (AMD) CONSOLIDATED |
| IMPAX LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Daiichi Sankyo's Objections and Responses to Defendants' Notice of Deposition to Daiichi Sankyo, Inc. and Defendants' Supplemental Notice of Deposition to Daiichi Sankyo, Inc.*, were caused to be served on September 1, 2011, upon the following in the manner indicated:

Richard L. Horwitz, Esquire                          *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Lupin Ltd. and Lupin
Pharmaceuticals, Inc.*

Frederick L. Cottrell, III, Esquire                  *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Watson Pharmaceuticals, Inc.,
Watson Pharma, Inc. and Watson
Laboratories, Inc. (NV)*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
  *Attorneys for Plaintiffs Daiichi Sankyo, Inc.*
  *and Genzyme Corporation*

OF COUNSEL:

Joseph M. O'Malley, Jr.
Bruce M. Wexler
Preston K. Ratliff II
PAUL HASTINGS LLP
75 East 55th Street
New York, NY  10022
(212) 318-6000

*Attorneys for Plaintiff Daiichi Sankyo, Inc.*

Scott K. Reed
Filko Prugo
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100

*Attorneys for Plaintiff Genzyme Corporation*

September 1, 2011
3385148

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
>
> Frederick L. Cottrell, III, Esquire
> Steven J. Fineman, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused copies of the foregoing document to be served on September 1, 2011, upon the following in the manner indicated:

Richard L. Horwitz, Esquire                          *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

William A. Rakoczy, Esquire                          *VIA ELECTRONIC MAIL*
Paul J. Molino, Esquire
Deanne M. Mazzocki, Esquire
Tara Raghavan, Esquire
RAKOCZY MOLINE MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL  60654
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

Frederick L. Cottrell, III, Esquire       *VIA ELECTRONIC MAI*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Watson Pharmaceuticals, Inc.,*
*Watson Pharma, Inc. and Watson*
*Laboratories, Inc. (NV)*

John L. North, Esquire        *VIA ELECTRONIC MAIL*
Jeffrey J. Toney, Esquire
Darcy L. Jones, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1360 Peachtree Street, N.E.
Suite 1150
Atlanta, GA  30309
*Attorneys for Watson Pharmaceuticals, Inc.,*
*Watson Pharma, Inc. and Watson*
*Laboratories, Inc. (NV)*

Norman E.B. Minnear, Esquire     *VIA ELECTRONIC MAIL*
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
*Attorneys for Watson Pharmaceuticals, Inc.,*
*Watson Pharma, Inc. and Watson*
*Laboratories, Inc. (NV)*


*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)