IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 10-32 (NLH) (AMD) ) CONSOLIDATED |
| IMPAX LABORATORIES, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Genzyme Corporation's Objections and Responses to Defendants' Notice of Deposition to Genzyme Corporation and Defendants' Supplemental Notice of Deposition to Genzyme Corporation*, were caused to be served on September 6, 2011, upon the following in the manner indicated:

Richard L. Horwitz, Esquire                                                                                         VIA ELECTRONIC MAIL
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

Frederick L. Cottrell, III, Esquire                                                                                VIA ELECTRONIC MAIL
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Watson Pharmaceuticals, Inc., Watson Pharma, Inc. and Watson Laboratories, Inc. (NV)*

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II*

        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        jblumenfeld@mnat.com
        rsmith@mnat.com
          *Attorneys for Plaintiffs Daiichi Sankyo, Inc.*
          *and Genzyme Corporation*

OF COUNSEL:

Joseph M. O'Malley, Jr.
Bruce M. Wexler
Preston K. Ratliff II
PAUL HASTINGS LLP
75 East 55th Street
New York, NY  10022
(212) 318-6000

*Attorneys for Plaintiff Daiichi Sankyo, Inc.*

Scott K. Reed
Filko Prugo
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100

*Attorneys for Plaintiff Genzyme Corporation*

September 6, 2011
3385148

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP
>
>Frederick L. Cottrell, III, Esquire
>Steven J. Fineman, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused copies of the foregoing document to be served on September 6, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzocki, Esquire<br>Tara Raghavan, Esquire<br>RAKOCZY MOLINE MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL  60654<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>R<small>ICHARDS</small>, L<small>AYTON</small> & F<small>INGER</small>, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Watson Pharmaceuticals, Inc.,*<br>*Watson Pharma, Inc. and Watson*<br>*Laboratories, Inc. (NV)* | *VIA ELECTRONIC MAI* |
| John L. North, Esquire<br>Jeffrey J. Toney, Esquire<br>Darcy L. Jones, Esquire<br>K<small>ASOWITZ</small>, B<small>ENSON</small>, T<small>ORRES</small> & F<small>RIEDMAN</small> LLP<br>1360 Peachtree Street, N.E.<br>Suite 1150<br>Atlanta, GA  30309<br>*Attorneys for Watson Pharmaceuticals, Inc.,*<br>*Watson Pharma, Inc. and Watson*<br>*Laboratories, Inc. (NV)* | *VIA ELECTRONIC MAIL* |
| Norman E.B. Minnear, Esquire<br>K<small>ASOWITZ</small>, B<small>ENSON</small>, T<small>ORRES</small> & F<small>RIEDMAN</small> LLP<br>1633 Broadway<br>New York, NY  10019<br>*Attorneys for Watson Pharmaceuticals, Inc.,*<br>*Watson Pharma, Inc. and Watson*<br>*Laboratories, Inc. (NV)* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)