**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendants. | ) | C.A. No. 10-32-NLH-AMD<br>(Consolidated) |
| DAIICHI SANKYO, INC. and GENZYME CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LIMITED and<br>LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Theodore J. Chiacchio of RAKOCZY MOLINO MAZZOCHI SIWIK LLP, 6 West Hubbard Street, Suite 500, Chicago, IL 60654 to represent Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. in this action.

        POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: September 14, 2011
1027141/ 35929

*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: __________

____________________________________
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 14, 2011

Signed: */s/ Theodore J. Chiacchio*

Theodore J. Chiacchio
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60654
Tel: (312) 222-6306
tchiacchio@rmmslegal.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 14, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 14, 2011, the attached document was electronically mailed to the following person(s)

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Plaintiffs Daiichi Sankyo, Inc. and Genzyme Corporation*

Joseph M. O'Malley, Jr.
Bruce M. Wexler
Preston K. Ratliff II
Paul Hastings LLP
85 East 55th Street
New York, NY 10022
josephomalley@paulhastings.com
brucewexler@paulhastings.com
prestonratliff@paulhastings.com
*Attorneys for Plaintiff Daiichi Sankyo, Inc.*

Robert L. Baechtold
Scott K. Reed
Filko Prugo
Brian D. O'Reilly
Donald J. Curry
Jason O'Leary
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104
rbaechtold@fchs.com
sreed@fchs.com
fprugo@fchs.com
boreilly@fchs.com
dcurry@fchs.com
joleary@fchs.com
*Attorneys for Plaintiff Genzyme Corporation*

Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
mmatterer@morrisjames.com
*Attorneys for Defendants Glenmark Generics Inc. USA, Glenmark Generics Ltd., and Glenmark Pharmaceuticals Ltd.*

Daniel E. Yonan
Jeremiah B. Frueauf
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1100 New York Avenue
Washington, DC 20005
dyonan@skgf.com
jfrueauf@skgf.com
*Attorneys for Defendants Glenmark Generics Inc. USA, Glenmark Generics Ltd., and Glenmark Pharmaceuticals Ltd.*

Frederick L. Cottrell , III
Steven J. Fineman
Richards, Layton & Finger, Pa
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
fineman@rlf.com
*Attorneys for Defendants Watson Pharmaceuticals Inc., Watson Pharma Inc., and Watson Laboratories Inc. (NV)*

John L. North
Jeffrey J. Toney
Norman E.B. Minnear
Darcy L. Jones
Meghan M. Rachford
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309
john.north@sutherland.com
jeffrey.toney@sutherland.com
jack.minnear@sutherland.com
darcy.jones@sutherland.com
meghan.rachford@sutherland.com
*Attorneys for Defendants Watson Pharmaceuticals Inc., Watson Pharma Inc., and Watson Laboratories Inc. (NV)*

By: */s/ David E. Moore*

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

984460 / 35929 (cons.)