Case 1:10-cv-00032-NLH-AMD Document 142 Filed 09/16/11 Page 1 of 2 PageID #: 803

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendants. | C.A. No. 10-32-NLH-AMD <br> (Consolidated) |
| DAIICHI SANKYO, INC. and GENZYME CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Theodore J. Chiacchio of RAKOCZY MOLINO MAZZOCHI SIWIK LLP, 6 West Hubbard Street, Suite 500, Chicago, IL 60654 to represent Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. in this action.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: September 14, 2011
1027141/ 35929

*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 9/16/11

United States ~~District~~ Judge Magistrate

**ANN MARIE DONIO**
**United States Magistrate Judge**