**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 10-32-NLH-AMD<br>) (Consolidated)<br>) |
| IMPAX LABORATORIES, INC., | )<br>) |
| Defendants. | )<br>) |
| DAIICHI SANKYO, INC. and GENZYME CORPORATION, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on September 20, 2011, upon the following attorneys of record as indicated below:

        LUPIN'S OBJECTIONS AND RESPONSES TO PLAINTIFFS'
        RULE 30(b)(6) NOTICE TO DEFENDANTS

**VIA ELECTRONIC MAIL**

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Plaintiffs Daiichi Sankyo, Inc.
and Genzyme Corporation*

Joseph M. O'Malley, Jr.
Bruce M. Wexler
Preston K. Ratliff II
Paul, Hastings, Janofsky & Walker LLP
85 East 55th Street
New York, NY 10022
josephomalley@paulhastings.com
brucewexler@paulhastings.com
prestonratliff@paulhastings.com
*Attorneys for Plaintiffs Daiichi Sankyo, Inc.*

Robert L. Baechtold
Scott K. Reed
Filko Prugo
Brian D. O'Reilly
Donald J. Curry
Jason O'Leary
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104
rbaechtold@fchs.com
sreed@fchs.com
fprugo@fchs.com
boreilly@fchs.com
dcurry@fchs.com
joleary@fchs.com
*Attorneys for Plaintiff Genzyme Corporation*

OF COUNSEL:

William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Tara Raghavan
Roy Chamcharas
John J. McGuirk
Joseph T. Jaros
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
Tel: (312) 222-6301

Dated: September 20, 2011
1028204 / 35929

POTTER ANDERSON & CORROON LLP


By:  */s/ David E. Moore*
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE 19801
     Tel: (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 20, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 20, 2011, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Jack B. Blumenfeld<br>Rodger D. Smith, II<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>*Attorneys for Plaintiffs Daiichi Sankyo, Inc.*<br>*and Genzyme Corporation* | Joseph M. O'Malley, Jr.<br>Bruce M. Wexler<br>Preston K. Ratliff II<br>Paul Hastings LLP<br>85 East 55th Street<br>New York, NY 10022<br>josephomalley@paulhastings.com<br>brucewexler@paulhastings.com<br>prestonratliff@paulhastings.com<br>*Attorneys for Plaintiff*<br>*Daiichi Sankyo, Inc.* |
| Robert L. Baechtold<br>Scott K. Reed<br>Filko Prugo<br>Brian D. O'Reilly<br>Donald J. Curry<br>Jason O'Leary<br>Fitzpatrick, Cella, Harper & Scinto<br>1290 Avenue of the Americas<br>New York, NY 10104<br>rbaechtold@fchs.com<br>sreed@fchs.com<br>fprugo@fchs.com<br>boreilly@fchs.com<br>dcurry@fchs.com<br>joleary@fchs.com<br>*Attorneys for Plaintiff Genzyme Corporation* | Mary Matterer<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899-2306<br>mmatterer@morrisjames.com<br>*Attorneys for Defendants Glenmark Generics*<br>*Inc. USA, Glenmark Generics Ltd., and*<br>*Glenmark Pharmaceuticals Ltd.* |

| | |
|---|---|
| Daniel E. Yonan<br>Jeremiah B. Frueauf<br>Sterne, Kessler, Goldstein & Fox P.L.L.C.<br>1100 New York Avenue<br>Washington, DC 20005<br>dyonan@skgf.com<br>jfrueauf@skgf.com<br>*Attorneys for Defendants Glenmark Generics Inc. USA, Glenmark Generics Ltd., and Glenmark Pharmaceuticals Ltd.* | Frederick L. Cottrell , III<br>Steven J. Fineman<br>Richards, Layton & Finger, Pa<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>fineman@rlf.com<br>*Attorneys for Defendants Watson Pharmaceuticals Inc., Watson Pharma Inc., and Watson Laboratories Inc. (NV)* |

John L. North
Jeffrey J. Toney
Norman E.B. Minnear
Darcy L. Jones
Meghan M. Rachford
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, GA  30309
john.north@sutherland.com
jeffrey.toney@sutherland.com
jack.minnear@sutherland.com
darcy.jones@sutherland.com
meghan.rachford@sutherland.com
*Attorneys for Defendants Watson Pharmaceuticals Inc., Watson Pharma Inc., and Watson Laboratories Inc. (NV)*

By:  */s/ David E. Moore*
       Richard L. Horwitz
       David E. Moore
       Potter Anderson & Corroon LLP
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       Wilmington, Delaware 19899-0951
       (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

984460 / 35929 (cons.)