IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 10-32-NLH-AMD <br> ) (Consolidated) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on September 27, 2011, upon the following attorneys of record as indicated below:

> LUPIN'S OBJECTIONS AND RESPONSES TO PLAINTIFFS
> DAIICHI SANKYO, INC.'S AND GENZYME CORPORATION'S
> FIRST SET OF REQUESTS FOR ADMISSION TO LUPIN

**VIA ELECTRONIC MAIL**

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Plaintiffs Daiichi Sankyo, Inc.
and Genzyme Corporation*

Joseph M. O'Malley, Jr.
Bruce M. Wexler
Preston K. Ratliff II
Paul Hastings LLP
85 East 55th Street
New York, NY 10022
josephomalley@paulhastings.com
brucewexler@paulhastings.com
prestonratliff@paulhastings.com
*Attorneys for Plaintiff
Daiichi Sankyo, Inc.*

Robert L. Baechtold
Scott K. Reed
Filko Prugo
Brian D. O'Reilly
Donald J. Curry
Jason O'Leary
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104
rbaechtold@fchs.com
sreed@fchs.com
fprugo@fchs.com
boreilly@fchs.com
dcurry@fchs.com
joleary@fchs.com
*Attorneys for Plaintiff Genzyme Corporation*

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By: /s/ David E. Moore |
| William A. Rakoczy | Richard L. Horwitz (#2246) |
| Paul J. Molino | David E. Moore (#3983) |
| Deanne M. Mazzochi | Hercules Plaza, 6th Floor |
| Tara Raghavan | 1313 N. Market Street |
| Roy Chamcharas | Wilmington, DE 19801 |
| RAKOCZY MOLINO MAZZOCHI SIWIK LLP | Tel: (302) 984-6000 |
| 6 West Hubbard Street, Suite 500 | rhorwitz@potteranderson.com |
| Chicago, Illinois 60654 | dmoore@potteranderson.com |
| Tel: (312) 222-6301 |  |

*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

Dated: September 28, 2011
1029126 / 35929

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 28, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 28, 2011, the attached document was electronically mailed to the following person(s)

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Plaintiffs Daiichi Sankyo, Inc. and Genzyme Corporation*

Joseph M. O'Malley, Jr.
Bruce M. Wexler
Preston K. Ratliff II
Paul Hastings LLP
85 East 55th Street
New York, NY 10022
josephomalley@paulhastings.com
brucewexler@paulhastings.com
prestonratliff@paulhastings.com
*Attorneys for Plaintiff
Daiichi Sankyo, Inc.*

Robert L. Baechtold
Scott K. Reed
Filko Prugo
Brian D. O'Reilly
Donald J. Curry
Jason O'Leary
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104
rbaechtold@fchs.com
sreed@fchs.com
fprugo@fchs.com
boreilly@fchs.com
dcurry@fchs.com
joleary@fchs.com
*Attorneys for Plaintiff Genzyme Corporation*

Frederick L. Cottrell , III
Steven J. Fineman
Richards, Layton & Finger, Pa
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
fineman@rlf.com
*Attorneys for Defendants Watson Pharmaceuticals Inc., Watson Pharma Inc., and Watson Laboratories Inc. (NV)*

John L. North
Jeffrey J. Toney
Darcy L. Jones
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, NE
Suite 1150
Atlanta, GA 30309
jnorth@kasowitz.com
jtoney@kasowitz.com
djones@kasowitz.com
*Attorneys for Defendants Watson Pharmaceuticals Inc., Watson Pharma Inc., and Watson Laboratories Inc. (NV)*

Norman E.B. Minnear
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
jminnear@kasowitz.com
*Attorneys for Defendants Watson Pharmaceuticals Inc., Watson Pharma Inc., and Watson Laboratories Inc. (NV)*

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

984460 / 35929 (cons.)