IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIICHI SANKYO, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 10-32-NLH (AMD) |
| ) | CONSOLIDATED |
| v. ) | **REDACTED** |
| ) | **PUBLIC VERSION** |
| IMPAX LABORATORIES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DARCY L. JONES, ESQ.

I, Darcy L. Jones, Esq., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age and am employed as an attorney with Kasowitz, Benson, Torres & Friedman LLP. I submit this Declaration in support of Defendants' Motion to Compel Rule 30(b)(6) Testimony from Daiichi Sankyo, Inc.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from Jack Minnear to Isaac Ashkenazi dated September 15, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from Isaac Ashkenazi to Jack Minnear dated September 20, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of Defendants' Notice of Deposition to Daiichi Sankyo, Inc. dated December 28, 2010.

5. Attached hereto as Exhibit D is a true and correct copy of Defendants' Supplemental Notice of Deposition to Daiichi Sankyo, Inc. dated August 18, 2011.

6. Attached hereto as Exhibit E is a true and correct copy of Daiichi Sankyo's Objections and Responses to Defendants' Notice of Deposition to Daiichi Sankyo, Inc. and

Defendants' Supplemental Notice of Deposition to Daiichi Sankyo, Inc., dated September 1, 2011.

7. Attached hereto as Exhibit F is a true and correct copy of a letter from Jonathan Waldrop to Isaac Ashkenazi dated September 7, 2011.

8. Attached hereto as Exhibit G is a true and correct copy of an e-mail from Jack Minnear to Isaac Ashkenazi dated August 23, 2011.

9. Attached hereto as Exhibit H is a true and correct copy of a letter from Jack Minnear to Isaac Ashkenazi dated September 19, 2011.

10. Attached hereto as Exhibit I is a true and correct copy of a letter from Isaac Ashkenazi to Jack Minnear and Tara Raghavan dated September 9, 2011.

11. Attached hereto as Exhibit J is a true and correct copy of a letter from Isaac Ashkenazi to Jack Minnear dated September 16, 2011.

12. Attached hereto as Exhibit K is a true and correct copy of Plaintiffs' Preliminary Validity Contentions dated August 8, 2011.

13. Attached hereto as Exhibit L is a true and correct copy of a letter from Jack Minnear to Isaac Ashkenazi dated September 21, 2011.

14. Attached hereto as Exhibit M is a true and correct copy of an e-mail from Isaac Ashkenazi to Jack Minnear dated September 21, 2011.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed: September 22, 2011
Atlanta, Georgia

_____
Darcy L. Jones

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2011, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served by electronic mail:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801 | Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| Mary Matterer, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | |

I hereby certify that on September 22, 2011, I have sent by electronic mail, the foregoing document to the following non-registered participants:

| | |
|---|---|
| Joseph M. O'Malley, Jr., Esquire<br>Bruce M. Wexler, Esquire<br>Preston K. Ratliff II, Esquire<br>Isaac S. Ashkenazi, Esquire<br>Paul, Hastings, Janofsky & Walker LLP<br>75 East 55th Street<br>New York, NY 10022 | Scott K. Reed, Esquire<br>Filko Prugo, Esquire<br>Donald J. Curry, Esquire<br>Brian D. O'Reilly, Esquire<br>Fitzpatrick, Cella, Harper & Scinto<br>1290 Avenue of the Americas<br>New York, NY 10104 |

                                                                            */s/ Steven J. Fineman*
                                                                      Steven J. Fineman (#4025)
                                                                      Fineman@rlf.com