IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION, | |
| Plaintiffs, | Civil No. 10-32 (NLH/AMD) |
| v. | |
| IMPAX LABORATORIES, INC., | |
| Defendant. | |
| DAIICHI SANKYO, INC. and GENSYME CORPORATION, | |
| Plaintiffs, | |
| v. | |
| LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., | |
| Defendants. | |
| DAIICHI SANKYO, INC. and GENZYME CORPORATION, | |
| Plaintiffs, | |
| v. | |
| LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., | |
| Defendants. | |

```
─────────────────────────────
DAIICHI SANKYO, INC. and      ⋮
GENZYME CORPORATION,          ⋮
                              ⋮
          Plaintiffs,         ⋮
                              ⋮
     v.                       ⋮
                              ⋮
IMPAX LABORATORIES, INC., et  ⋮
al.                           ⋮
                              ⋮
          Defendants.         ⋮
─────────────────────────────
```

## SCHEDULING ORDER

This Scheduling Order sets forth the following directives:

IT IS this **30th** day of **September 2011,** hereby **ORDERED:**

1. The Court will conduct a telephone conference on **October 6, 2011 at 3:00 P.M.**, at which time the Court will address the pending motions. Counsel for plaintiffs shall initiate the telephone call.

s/ Ann Marie Donio
ANN MARIE DONIO
United States Magistrate Judge

AT CAMDEN, NEW JERSEY

cc:  Hon. Noel L. Hillman