IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIICHI SANKYO, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMPAX LABORATORIES, INC., et al.,<br><br>    Defendants. | C.A. No. 10-32-NLH (AMD)<br>CONSOLIDATED |

## DECLARATION OF JONATHAN D. OLINGER, ESQ.

I, Jonathan D. Olinger, Esq., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age and am employed as an attorney with Kasowitz, Benson, Torres & Friedman LLP. I submit this Declaration in support of Defendants' Reply in Support of Their Motion for an Extension of Time for the Parties to Take Fact Depositions.

2. Attached hereto as Exhibit A is a true and correct copy of an e-mail with an attachment from Jack Minnear to Plaintiffs dated September 23, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of an e-mail with attachments from Isaac Ashkenazi to Jack Minnear dated September 27, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of an e-mail from Isaac Ashkenazi to Jack Minnear dated September 27, 2011.

5. Attached hereto as Exhibit D is a true and correct copy of an e-mail from Jack Minnear to Isaac Ashkenazi dated September 27, 2011.

6. Attached hereto as Exhibit E is a true and correct copy of an e-mail from Meghan Rachford to John Thornburgh dated September 28, 2011.

7. Attached hereto as Exhibit F is a true and correct copy of an e-mail from Meghan Rachford to John Thornburgh dated September 29, 2011.

8. Attached hereto as Exhibit G is a true and correct copy of an e-mail from John Thornburgh to Meghan Rachford dated September 29, 2011.

9. Attached hereto as Exhibit H is a true and correct copy of an e-mail from Jack Minnear to Plaintiffs dated October 3, 2011.

10. Attached hereto as Exhibit I is a true and correct copy of a letter from Roy Chamcharas to Isaac Ashkenazi dated August 29, 2011.

11. Attached hereto as Exhibit J is a true and correct copy of an e-mail from Jack Minnear to Plaintiffs dated September 13, 2011.

12. Attached hereto as Exhibit K is a true and correct copy of an e-mail from Jason O'Leary to Jack Minnear dated September 15, 2011.

13. Attached hereto as Exhibit L is a true and correct copy of an unserved subpoena of Dorothy P. Whelan, Esq. dated September 15, 2011 noticing a deposition for September 26, 2011.

14. Attached hereto as Exhibit M is a true and correct copy of an Affidavit of Attempted Service on September 15 and 16, 2011 of subpoena to Dorothy P. Whelan, Esq.

15. Attached hereto as Exhibit N is a true and correct copy of an Affidavit of Attempted Service on September 19, 2011 of subpoena to Dorothy P. Whelan, Esq.

16. Attached hereto as Exhibit O is a true and correct copy of a proof of service of the subpoena for Dorothy P. Whelan, Esq. dated September 20, 2011.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed: October 12, 2011
Atlanta, Georgia

_____
Jonathan D. Olinger

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2011, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served by electronic mail:

    Jack B. Blumenfeld, Esquire
    Rodger D. Smith, II, Esquire
    Morris, Nichols, Arsht & Tunnell
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19801

I hereby certify that on October 12, 2011, I have sent by electronic mail, the foregoing document to the following non-registered participants:

| | |
|---|---|
| Joseph M. O'Malley, Jr., Esquire | Scott K. Reed, Esquire |
| Bruce M. Wexler, Esquire | Filko Prugo, Esquire |
| Preston K. Ratliff II, Esquire | Donald J. Curry, Esquire |
| Isaac S. Ashkenazi, Esquire | Brian D. O'Reilly, Esquire |
| Paul, Hastings, Janofsky & Walker LLP | Fitzpatrick, Cella, Harper & Scinto |
| 75 East 55th Street | 1290 Avenue of the Americas |
| New York, NY 10022 | New York, NY 10104 |

                                              */s/ Laura D. Hatcher*
                                              Laura D. Hatcher (#5098)
                                              Hatcher@rlf.com