IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIICHI SANKYO, INC. and <br> GENZYME CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 10-32 (NLH) (AMD) <br> ) CONSOLIDATED <br> ) <br> ) REDACTED - PUBLIC VERSION <br> ) <br> ) <br> ) |

**DECLARATION OF PRESTON K. RATLIFF II IN SUPPORT OF
DAIICHI SANKYO'S ANSWERING BRIEF IN OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL RULE 30(b)(6) DEPOSITION TESTIMONY**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Plaintiffs Daiichi Sankyo, Inc.
and Genzyme Corporation*

OF COUNSEL:

Joseph M. O'Malley, Jr.
Bruce M. Wexler
Preston K. Ratliff II
Isaac S. Ashkenazi
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

*Attorneys for Plaintiff Daiichi Sankyo, Inc.*

October 11, 2011 - Original Filing Date
October 18, 2011 - Redacted Filing Date

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIICHI SANKYO, INC., and GENZYME CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC., et al.,<br><br>Defendants. | C.A. No. 10-32 (NLH)(AMD)<br>CONSOLIDATED |

**DECLARATION OF PRESTON K. RATLIFF II IN SUPPORT OF
DAIICHI SANKYO'S ANSWERING BRIEF IN OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL RULE 30(B)(6) DEPOSITION TESTIMONY**

I, Preston K. Ratliff II, am associated with the law firm of Paul Hastings LLP, counsel for Plaintiff, Daiichi Sankyo, Inc. ("Daiichi Sankyo"). I make this declaration in support of DAIICHI SANKYO'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL RULE 30(B)(6) DEPOSITION TESTIMONY.

1. Attached as Exhibit 1 hereto is a true and correct copy of a document bearing production numbers ████████.

2. Attached as Exhibit 2 hereto is a true and correct copy of a May 26, 2000 letter from the Food and Drug Administration to GelTex Pharmaceuticals, Inc.

3. Attached as Exhibit 3 hereto is a true and correct copy of a document bearing production numbers ████████.

4. Attached as Exhibit 4 hereto is a true and correct copy of Daiichi Sankyo's Objections and Responses to Defendants' Notice of Deposition To Daiichi Sankyo, Inc. and Defendants' Supplemental Notice of Deposition to Daiichi Sankyo, Inc. dated September 1, 2011.

5.   Attached as Exhibit 5 hereto is a true and correct copy of a September 20, 2011 letter from Daiichi Sankyo to Defendants Watson Pharmaceuticals, Inc., Watson Pharma, Inc., and Watson Laboratories, Inc. (NV) (collectively "Watson").

6.   Attached as Exhibit 6 hereto is a true and correct copy of a September 21, 2011 email from Daiichi Sankyo to Watson and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.

7.   Attached as Exhibit 7 hereto is a true and correct copy of a transcript of teleconference before The Honorable Sue L. Robinson, Chief Judge, in *Axiohm IPS, Inc. v. Epson Am., Inc.*, C.A. No. 00-420-SLR (D. Del. Mar. 28, 2001) dated March 28, 2001.

8.   Attached as Exhibit 8 hereto is a true and correct copy of pages from a transcript of hearing before The Honorable Walter K. Stapleton, Chief Judge, in *Tiegel Manu Co. v. Globe-Union, Inc.*, C.A. No. 84-483 (D. Del. Oct. 5, 1984) dated October 5, 1984.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 11, 2011

_____
Preston K. Ratliff II

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
>
> Frederick L. Cottrell, III, Esquire
> Steven J. Fineman, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused copies of the foregoing document to be served on October 18, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Lupin Ltd. and Lupin*<br>*Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzocki, Esquire<br>Tara Raghavan, Esquire<br>RAKOCZY MOLINE MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL  60654<br>*Attorneys for Lupin Ltd. and Lupin*<br>*Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

- 2 -

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Watson Pharmaceuticals, Inc.,*<br>*Watson Pharma, Inc. and Watson*<br>*Laboratories, Inc. (NV)* | *VIA ELECTRONIC MAI* |
| John L. North, Esquire<br>Jeffrey J. Toney, Esquire<br>Darcy L. Jones, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1360 Peachtree Street, N.E.<br>Suite 1150<br>Atlanta, GA  30309<br>*Attorneys for Watson Pharmaceuticals, Inc.,*<br>*Watson Pharma, Inc. and Watson*<br>*Laboratories, Inc. (NV)* | *VIA ELECTRONIC MAIL* |
| Norman E.B. Minnear, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, NY  10019<br>*Attorneys for Watson Pharmaceuticals, Inc.,*<br>*Watson Pharma, Inc. and Watson*<br>*Laboratories, Inc. (NV)* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)