IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>IMPAX LABORATORIES, INC., et al.,<br><br>        Defendants. | C.A. No. 10-32 (NLH/AMD)<br><br>CONSOLIDATED |

### SCHEDULING ORDER

This Scheduling Order sets forth the following directives:

IT IS this **20th** day of **October 2011**, hereby **ORDERED**:

1. The Court will conduct a telephone conference on **November 10, 2011 at 2:00 P.M.**, at which time the Court will address the pending motions. Counsel for plaintiffs shall initiate the telephone call.

                                            s/ Ann Marie Donio
                                            ANN MARIE DONIO
                                            United States Magistrate Judge

AT CAMDEN, NEW JERSEY

cc: Hon. Noel L. Hillman