IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 10-32 (NLH) (AMD) CONSOLIDATED |
| IMPAX LABORATORIES, INC., et al., | ) ) | REDACTED - PUBLIC VERSION |
| Defendants. | ) ) | |

**DECLARATION OF ISAAC S. ASHKENAZI IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL DISCOVERY OF
LUPIN'S PRODUCT SAMPLES AND RELATED DOCUMENTS**

OF COUNSEL:

Joseph M. O'Malley, Jr.
Bruce M. Wexler
Preston K. Ratliff II
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

*Attorneys for Plaintiff Daiichi Sankyo, Inc.*

Scott K. Reed
Filko Prugo
Donald J. Curry
Brian D. O'Reilly
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100

*Attorneys for Plaintiff Genzyme
Corporation*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
  *Attorneys for Plaintiffs Daiichi Sankyo, Inc.
  and Genzyme Corporation*

September 27, 2011  - Original Filing Date
October 27, 2011 - Redacted Filing Date

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 10-32 (NLH) (AMD) |
| v. | ) ) | CONSOLIDATED |
| IMPAX LABORATORIES, INC., et al., | ) ) | REDACTED - PUBLIC VERSION |
| Defendants. | ) ) | |

**DECLARATION OF ISAAC S. ASHKENAZI IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL DISCOVERY OF
LUPIN'S PRODUCT SAMPLES AND RELATED DOCUMENTS**

I, Isaac S. Ashkenazi, am associated with the law firm of Paul Hastings LLP, counsel for Plaintiff, Daiichi Sankyo, Inc. ("Daiichi Sankyo"). I make this declaration in support of PLAINTIFFS' MOTION TO COMPEL DISCOVERY OF LUPIN'S PRODUCT SAMPLES AND RELATED DOCUMENTS.

1. Attached as Exhibit 1 hereto is a true and correct copy of an excerpt of Plaintiffs' Second Set of Requests for Production of Documents and Things to Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively "Lupin") dated February 25, 2011.

2. Attached as Exhibit 2 hereto ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. Attached as Exhibit 3 hereto is a true and correct copy of a May 20, 2011 letter from Lupin to Daiichi Sankyo.

4. Attached as Exhibit 4 hereto is a true and correct copy of a July 15, 2011 letter from Lupin to Daiichi Sankyo.

5. Attached as Exhibit 5 hereto is a true and correct copy of a July 22, 2011 letter from Daiichi Sankyo to Lupin.

6. Attached as Exhibit 6 hereto is a true and correct copy of an August 12, 2011 letter from Lupin to Daiichi Sankyo.

7. Attached as Exhibit 7 hereto is a true and correct copy of an August 22, 2011 letter from Daiichi Sankyo to Lupin.

8. Attached as Exhibit 8 hereto is a true and correct copy of a September 1, 2011 letter from Lupin to Daiichi Sankyo.

9. Attached as Exhibit 9 hereto is a true and correct copy of a June 20, 2011 letter from Defendants Watson Pharmaceuticals, Inc., Watson Pharma, Inc., and Watson Laboratories, Inc. (NV) 's (collectively "Watson") to Daiichi Sankyo.

10. Attached as Exhibit 10 hereto is a true and correct copy of an August 8, 2011 letter from Watson to Daiichi Sankyo.

11. Attached as Exhibit 11 hereto is a true and correct copy of a document bearing production numbers ███████████.

12. Attached as Exhibit 12 hereto is a true and correct copy of a document bearing production numbers ███████████.

13. Attached as Exhibit 13 hereto is a true and correct copy of an excerpt of Lupin's Objections Response to Plaintiffs' Third Set of Requests for Production of Documents and Things dated June 30, 2011.

14. Attached as Exhibit 14 hereto is a true and correct copy of an excerpt of Defendants' Preliminary Invalidity Contentions dated June 14, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 27, 2011

_____
Isaac S. Ashkenazi

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 27, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
>
> Frederick L. Cottrell, III, Esquire
> Steven J. Fineman, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

    I further certify that I caused copies of the foregoing document to be served on October 27, 2011, upon the following in the manner indicated:

Richard L. Horwitz, Esquire               *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

William A. Rakoczy, Esquire               *VIA ELECTRONIC MAIL*
Paul J. Molino, Esquire
Deanne M. Mazzocki, Esquire
Tara Raghavan, Esquire
RAKOCZY MOLINE MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL  60654
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

- 2 -

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Watson Pharmaceuticals, Inc.,*<br>*Watson Pharma, Inc. and Watson*<br>*Laboratories, Inc. (NV)* | *VIA ELECTRONIC MAI* |
| John L. North, Esquire<br>Jeffrey J. Toney, Esquire<br>Darcy L. Jones, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1360 Peachtree Street, N.E.<br>Suite 1150<br>Atlanta, GA  30309<br>*Attorneys for Watson Pharmaceuticals, Inc.,*<br>*Watson Pharma, Inc. and Watson*<br>*Laboratories, Inc. (NV)* | *VIA ELECTRONIC MAIL* |
| Norman E.B. Minnear, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, NY  10019<br>*Attorneys for Watson Pharmaceuticals, Inc.,*<br>*Watson Pharma, Inc. and Watson*<br>*Laboratories, Inc. (NV)* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)