IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION<br><br>        Plaintiffs,<br><br>    v.<br><br>IMPAX LABORATORIES, INC., et al.,<br><br>        Defendants. | C.A. No. 10-32-NLH-AMD (Consolidated) |
| DAIICHI SANKYO, INC. and GENZYME CORPORATION<br><br>        Plaintiffs,<br><br>    v.<br><br>LUPIN LIMITED and<br>LUPIN PHARMACEUTICALS, INC.<br><br>        Defendants. | C.A. No. 10-644-NLH-AMD (Consolidated with C.A. No. 10-32-NLH-AMD) |
| DAIICHI SANKYO, INC. and GENZYME CORPORATION<br><br>        Plaintiffs,<br><br>    v.<br><br>LUPIN LIMITED and<br>LUPIN PHARMACEUTICALS, INC.<br><br>        Defendants. | C.A. No. 10-935-NLH-AMD (Consolidated with C.A. No. 10-32-NLH-AMD) |

**STIPULATION TO ORDER OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(A)(2) WITH RESPECT TO DEFENDANTS LUPIN**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs, Daiichi Sankyo, Inc. and Genzyme Corporation, and Defendants, Lupin Limited and Lupin

Pharmaceuticals, Inc. (collectively, "Lupin"), hereby stipulate to entry of the attached proposed Order Of Dismissal Without Prejudice With Respect To Defendants Lupin, dismissing all claims, counterclaims and defenses as between Plaintiffs and Defendants Lupin, without prejudice, and without costs or attorneys' fees to any party.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Jack B. Blumenfeld (#1014)
Rodger D. Smith (#3778)
1201 Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Plaintiffs Daiichi Sankyo, Inc. and Genzyme Corporation*

Joseph M. O'Malley, Jr.
Bruce M. Wexler
Preston K. Ratliff II
Isaac S. Ashkenazi
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

*Attorneys for Plaintiff Daiichi Sankyo, Inc.*

Scott K. Reed
Filko Prugo
Donald J. Curry
Brian D. O'Reilly
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100

*Attorneys for Plaintiff Genzyme Corporation*

POTTER ANDERSON & CORROON, LLP

*/s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market St.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com

William A. Rakoczy
Paul J. Molino
Tara M. Raghavan
Joseph T. Jaros
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 222-6301

*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC., et al.,<br><br>Defendants. | C.A. No. 10-32-NLH-AMD (Consolidated) |
| DAIICHI SANKYO, INC. and GENZYME CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC.<br><br>Defendants. | C.A. No. 10-644-NLH-AMD (Consolidated with C.A. No. 10-32-NLH-AMD) |
| DAIICHI SANKYO, INC. and GENZYME CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC.<br><br>Defendants. | C.A. No. 10-935-NLH-AMD (Consolidated with C.A. No. 10-32-NLH-AMD) |

**[Proposed] ORDER OF DISMISSAL WITHOUT**
**PREJUDICE WITH RESPECT TO DEFENDANTS LUPIN**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby ORDERED that all claims, counterclaims and defenses in these actions as between Plaintiffs,


Daiichi Sankyo, Inc. and Genzyme Corporation, and Defendants, Lupin Limited and Lupin Pharmaceuticals, Inc., are dismissed without prejudice, and without costs or attorneys' fees to any party.

**SO ORDERED:**

This ______ day of ______________, 2011

____________________________________
HONORABLE NOEL L. HILLMAN