IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION,<br><br>       Plaintiffs,<br><br>    v.<br><br>IMPAX LABORATORIES, INC.,<br><br>       Defendant. | Civil No. 10-32 (NLH/AMD) |
| DAIICHI SANKYO, INC. and GENSYME CORPORATION,<br><br>       Plaintiffs,<br><br>    v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>       Defendants. | |
| DAIICHI SANKYO, INC. and GENZYME CORPORATION,<br><br>       Plaintiffs,<br><br>    v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>       Defendants. | |

```
DAIICHI SANKYO, INC. and    :
GENZYME CORPORATION,        :
                            :
          Plaintiffs,       :
                            :
     v.                     :
                            :
IMPAX LABORATORIES, INC., et:
al.                         :
                            :
          Defendants.       :
```

## ORDER

IT IS on this **10th** day of **November 2011**, hereby **ORDERED**:

By consent of the parties, the November 10, 2011 telephone conference is hereby adjourned.

                                    s/ Ann Marie Donio
                                    ANN MARIE DONIO
                                    United States Magistrate Judge


AT CAMDEN, NEW JERSEY

cc: Hon. Noel L. Hillman