# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DAIICHI SANKYO, INC., and GENZYME CORPORATION,<br><br>          Plaintiffs,<br><br>      v.<br><br>IMPAX LABORATORIES, INC., et al.<br><br>          Defendants. | C.A. No. 10-32 (NLH)(AMD)<br>CONSOLIDATED |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Daiichi Sankyo, Inc. and Genzyme Corp. and Defendants Watson Pharmaceuticals, Inc., Watson Pharma, Inc., and Watson Laboratories, Inc. (NV), subject to the approval of the Court, that the time for the parties to file the Joint Claim Construction Statement as set forth in the Discovery Order (D.I. 63), as modified (D.I. 116), is extended from December 2, 2011 to December 21, 2011.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Steven J. Fineman* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>*Attorneys for Plaintiffs*<br>*Daiichi Sankyo, Inc. and Genzyme*<br>*Corporation* | Frederick L. Cottrell III (#2555)<br>Steven J. Fineman (#4025)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Cottrell@rlf.com<br>Fineman@rlf.com |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Joseph M. O'Malley, Jr.<br>Bruce M. Wexler<br>Preston K. Ratliff II<br>Isaac S. Ashkenazi<br>PAUL HASTINGS LLP<br>75 East 55th Street<br>New York, NY 10022<br>(212) 318-6000<br><br>*Attorneys for Plaintiff Daiichi Sankyo, Inc.*<br><br>Scott K. Reed<br>Filko Prugo<br>Donald J. Curry<br>Brian D. O'Reilly<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY 10104<br>(212) 218-2100<br><br>*Attorneys for Plaintiff Genzyme Corporation* | John L. North<br>Jeffrey J. Toney<br>Darcy L. Jones<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1360 Peachtree Street, N.E., Suite 1150<br>Atlanta, GA 30309<br>(404) 260-6080<br><br>Norman E.B. Minnear<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br><br>*Attorneys for Defendants Watson Pharmaceuticals, Inc., Watson Pharma, Inc., and Watson Laboratories, Inc. (NV)* |

SO ORDERED:

Dated: _____       _____