[D.I. 146, 152, 153]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Civil No. 10-32 (NLH/AMD) <br> CONSOLIDATED |

## ORDER

THIS MATTER having come before the Court by way of motion to compel deposition testimony [D.I. 146], motion for extension of time to take fact depositions [D.I. 152], and motion to compel discovery [D.I. 153]; and the Court having conducted a telephone conference on December 14, 2011, with Rodger D. Smith II, Esquire, Preston K. Ratliff II, Esquire, and Brian D. O'Reilly, Esquire, appearing on behalf of plaintiffs; and Laura D. Hatcher, Esquire, and Norman E.B. Minnear, Esquire, appearing on behalf of Defendants Watson Pharmaceuticals, Inc., Watson Pharma, Inc. and Watson Laboratories, Inc. (NV); and counsel consenting to a stay of this matter pending a telephone conference in January 2012; and for good cause shown:

IT IS this **14th** day of **December 2011**, hereby

ORDERED that the motion to compel deposition testimony [D.I. 146] shall be, and hereby is, **DISMISSED WITHOUT PREJUDICE** with the right to refile by way of letter application; and it is further

ORDERED that the motion for extension of time to take fact depositions [D.I. 152] shall be, and hereby is, **DISMISSED WITHOUT PREJUDICE** with the right to refile by way of letter application; and it is further

ORDERED that the motion to compel discovery [D.I. 153] shall be, and hereby is, **DISMISSSED WITHOUT PREJUDICE** as moot; and it is further

ORDERED that the parties shall appear for a telephone conference on **January 19, 2012 at 12:00 Noon**. Counsel for plaintiffs shall initiate the telephone call.

s/ Ann Marie Donio  
ANN MARIE DONIO  
United States Magistrate Judge

AT CAMDEN, NEW JERSEY

cc: Hon. Noel L. Hillman