IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAIICHI SANKYO, INC. and GENZYME CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>IMPAX LABORATORIES, INC.,<br><br>　　　　　Defendant. | Civil No. 10-32 (NLH/AMD)<br>CONSOLIDATED |

### SCHEDULING ORDER

This Scheduling Order sets forth the following directives:

IT IS this **22nd** day of **February 2012**, hereby **ORDERED**:

1. The Court will conduct a telephone conference on **March 26, 2012 at 12:00 Noon**. Counsel for plaintiffs shall initiate the telephone call.

　　　　　　　　　　　　　　　s/ Ann Marie Donio
　　　　　　　　　　　　　　　ANN MARIE DONIO
　　　　　　　　　　　　　　　United States Magistrate Judge

AT CAMDEN, NEW JERSEY

cc:  Hon. Noel L. Hillman