**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DAIICHI SANKYO, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>IMPAX LABORATORIES, INC., et al., )<br>)<br>Defendants. ) | C.A. No. 10-32-NLH (AMD)<br>CONSOLIDATED |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Laura D. Hatcher of Richards, Layton & Finger, P.A. hereby withdraws her appearance in this action on behalf of *Attorneys for Defendants Watson Pharmaceuticals, Inc., Watson Pharma, Inc., and Watson Laboratories, Inc. (NV).* Richards, Layton & Finger, P.A. and Kasowitz, Benson, Torres & Friedman LLP continue to represent Defendants.

| | |
|---|---|
| OF COUNSEL:<br>John L. North<br>Darcy L. Jones<br>Jonathan D. Olinger<br>Kasowitz, Benson, Torres & Friedman LLP<br>1360 Peachtree Street, N.E., Suite 1150<br>Atlanta, GA 30309<br><br>Norman E.B. Minnear<br>David J. Galluzzo<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, New York 10019<br><br>Dated: March 16, 2012 | */s/ Laura D. Hatcher*<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Steven J. Fineman (#4025)<br>fineman@rlf.com<br>Laura D. Hatcher (#5098)<br>hatcher@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants Watson Pharmaceuticals, Inc., Watson Pharma, Inc., and Watson Laboratories, Inc. (NV)* |